AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES

V.

TODD HICKEY, JONATHAN VEGA

## EXHIBIT AND WITNESS LIST

Case Number: 04-1735-CBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| SWARTWOOD | HODGENS | O'HARA, DILDAY |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/27/04 | 3:18 P | ROLAND |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 5/27/04 | X | X | Report of Charlton Police Department |
| 2 | | 5/27/04 | X | X | Written waiver of miranda, and written statement by Todd Hickey |
| 3 | | 5/27/04 | X | X | Report of ATF Testimony |
| 4 | | 5/27/04 | X | X | Report re: Interstate Nexus |
| 5 | | 5/27/04 | X | X | Report re: search warrant |
| 6 | | 5/27/04 | X | X | Criminal Complaint and Supporting Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages