UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )    CRIMINAL ACTION
vs.                            )    NO. 04-1735-CBS
                               )
TODD HICKEY and                )
JONATHAN "SHORTY" VEGA,        )
         Defendants,           )
_____)
```

**MEMORANDUM OF PROBABLE CAUSE**
June 2, 2004

**SWARTWOOD, M.J.**

I. Nature of the Offense

On February 12, 2004, a Criminal Complaint was filed, charging Todd Hickey ("Mr. Hickey") and Jonathan "Shorty" Vega ("Mr. Vega"), with possession with intent to dispose of stolen firearms, in violation of 18 U.S.C. §922(j) and conspiracy to commit that offense, in violation of 18 U.S.C. §371.

At Messrs. Hickey's and Vega's initial appearance in connection with this Complaint on May 13, 2004, I advised them of their right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1. Mr. Vega was then released on conditions and Mr. Hickey was ordered to Spectrum House, in Westborough, Massachusetts for in-patient drug treatment. Subsequently, Mr. Hickey's conditions of release were revoked and he is presently being

detained for breach of his conditions of release for leaving Spectrum House without authority and without completing an in-patient drug treatment program.

On May 27, 2004, a probable cause hearing was held and at that hearing, Michael P. Curran, Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives of the United States Department of Justice ("ATF"), testified on behalf of the Government and was cross-examined by Defendants' counsel.

## II.   Findings of Fact

1.   On Wednesday, April 28, 2004, Mr. Paul McManus of Charlton, Massachusetts reported to the Charlton Police Department that his residence had been broken into and that two firearms were missing: one 12 gage Mossberg shotgun and a .22 caliber Marlin rifle with scope.  Govt. Ex. 1.

2.   Mr. Hickey, who is related to Mr. McManus, was identified as a potential suspect and on May 7, 2004, Mr. Hickey was interviewed by ATF Special Agent Curran, waived his Miranda rights in writing and signed a statement, admitting that he and Mr. Vega had gone to the McManus residence and that Mr. Vega stole the firearms.  Govt. Ex. 2.

3.   On May 5, 2004, ATF Special Agent Curran interviewed Mr. Vega, who admitted that he had gone to Charlton with Mr. Hickey and that Mr. Hickey had gone into the McManus residence and stole the firearms.  Mr. Vega also stated that Mr. Hickey sold the 22 caliber rifle in a bar and that he traded the pump shotgun for crack

cocaine.  Govt. Ex. 3.

4.    Both the Mossberg shotgun and the Marlin .22 caliber rifle were manufactured outside of Massachusetts and had traveled in interstate commerce to be located in Massachusetts.  Govt. Ex. 4.

5.    On May 13, 2004, ATF Special Agent Curran and other law enforcement officials executed a search warrant at 13 Sigel Street, in Worcester, Massachusetts.  At that location, ATF Special Agent Curran encountered James Prescott, who resides at that address and whose father owns that residence.  Mr. Prescott stated that two weeks prior Mr. Vega came to 13 Sigel Street with a shotgun and a muzzle loading rifle for the purpose of selling the firearms.  Mr. Prescott stated that Mr. Vega said he owned the firearms.  Another occupant of the Sigel Street residence also stated that Mr. Vega had been to that residence on prior occasions attempting to sell firearms.  Govt. Ex. 5.

### III.  Probable Cause

I find that as a result of the admissions by Messrs. Hickey and Vega and the statements made by the occupants of 13 Sigel Street, that Mr. Hickey and Mr. Vega had gone to the McManus residence, stole two firearms and either sold or attempted to sell those firearms which were manufactured outside of Massachusetts.

Therefore, I find probable cause for the offense charged against these Defendants in this Complaint.

                                            <u>/s/Chales B. Swartwood, III</u>
                                            CHARLES B. SWARTWOOD, III
                                            MAGISTRATE JUDGE